The following case in which the Court of Appeals issued a published opinion has been appealed to the Supreme Court:

1. James Albert Harris, III
   v. Commonwealth of Virginia
   Record No. 0558-13-1
   Opinion rendered by Judge Beales on
   June 24, 2014